160 So. 915

### Ex parte Conrad F. BAUM.

6 Div. 718.

Supreme Court of Alabama.

March 21, 1935.

Wm. H. Ellis, of Birmingham, for petitioner.

Beddow, Ray & Jones, of Birmingham, opposed.

BOULDIN, Justice.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

## 2

161 So. 925

### Henry BEAVERS v. STATE.

6 Div. 674.

Supreme Court of Alabama.

May 16, 1935.

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

The indictment charged that appellant, Henry Beavers, with malice aforethought killed Willie Wynn, by shooting him with a pistol. On the trial appellant was convicted of murder in the first degree and his punishment fixed at imprisonment for life.

The appeal is upon the record, without bill of exceptions. No error appearing in the record, the judgment of conviction and sentence will be, and is, in all things affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

## 3

159 So. 911

### BESSEMER COAL, IRON & LAND CO. et al. v. BANK OF OAKMAN.

6 Div. 678.

Supreme Court of Alabama.

March 2, 1935.

Brown & Brown, of Birmingham, for appellants.

Alex. D. Fancher, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellants.

## 4

159 So. 886

### CITY OF BIRMINGHAM v. L. A. WHETSTONE.

6 Div. 676.

Supreme Court of Alabama.

Dec. 28, 1934.

Clarence Mullins, of Birmingham, for appellant.

Horace C. Wilkinson, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

## 5

159 So. 911

### BLACK DIAMOND COAL MINING CO. v. Adelaide HUFFMAN.

6 Div. 662.

Supreme Court of Alabama.

March 15, 1935.

Lange, Simpson & Brantley, of Birmingham, for appellant.

E. E. Wilson, of Bessemer, for appellee.

PER CURIAM.

Petition dismissed by agreement.